

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00138-CV

| | | |
|---|---|---|
| SUSAN SHANKS, Appellant | § | On Appeal from the 96th District Court |
| v. | § | of Tarrant County (096-307100-19) |
| BILLY WAIR JR., REAVER WAIR, ANIKA JOHNSON, AND ADRIANNA CRENSHAW, Appellees | § | September 10, 2020 |
| | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM